IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

IN RE:                                )
                                      )
TERESA LYNN NIXON,                    )     Case No. 05-62606-S-7-ABF
                                      )
        Debtor(s).                    )

**MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY**

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an Order to deposit funds into the Court Registry as follows:

1. It appears that there is on deposit in Chase Bank to the credit of the above-captioned estate, the sum of $404.80, which is the sum of one (1) check to be returned to the Pro Se Debtor pursuant to the Chapter 7 Trustee's Report of No Distribution filed with the Court on September 25, 2009.

| **Claim No.** | **Creditor/Address** | **Total to be Paid** |
|---|---|---|
| n/a | Teresa Lynn Nixon<br>734 Hooker Drive<br>Buffalo, MO  65622 | $404.80 |
| | **Total:** | **$404.80** |

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

SPFDDOCS 320322v1